UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMICKO BILLIE THOMAS,<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL P. MAGAN,<br><br>       Defendant. | CASE NO.   C05-762RSM-JPD<br><br>ORDER DISMISSING § 1983 ACTION |

The Court, having reviewed plaintiff's amended complaint, defendant's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant's motion for summary judgment (Dkt. #31) is GRANTED.

(3) Plaintiff's amended complaint is DISMISSED *without* prejudice as to the claims identified in the Report and Recommendation as being barred by *Heck v. Humphrey*, 512 U.S. 4477 (1994).  Plaintiff's amended complaint is DISMISSED *with* prejudice as to all remaining claims.

ORDER DISMISSING § 1983 ACTION

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 25th day of October, 2006.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 1983 ACTION